[No. 20870-9-II.    Division Two.    August 22, 1997.]

ADH MOBILE BROKERS, INC., *Respondent*, v. BRUCE WILSON, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 93-2-07198-7, Brian M. Tollefson, J., entered May 24, 1996. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Seinfeld and Armstrong, JJ.

[No. 20919-5-II.    Division Two.    August 22, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH P. DENGLER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 96-1-00288-5, James D. Roper, J., entered July 9, 1996. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Armstrong and Hunt, JJ.

[No. 20948-9-II.    Division Two.    August 22, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CHAD AMES PARKER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 96-1-00237-9, James E.F.X. Warme, J., entered July 9, 1996. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Seinfeld, J.

[No. 20992-6-II.    Division Two.    August 22, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. SANTANA B. ROSAS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-8-00895-5, Brian M. Tollefson, J., entered July 8, 1996. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Morgan, J.